UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ROBERT GIBSON,

        Plaintiff,                              CASE NO. 9:13-cv-80943-DMM

v.

WEST PALM BEACH
POLICE DEPARTMENT,

        Defendant.

_____/

**DEFENDANT, WEST PALM BEACH POLICE DEPARTMENT'S,
BY SPECIAL APPEARANCE, MOTION TO DISMISS PLAINTIFF'S
AMENDED COMPLAINT AND QUASH SERVICE**

Defendant, WEST PALM BEACH POLICE DEPARTMENT, (Police Department), by and through its undersigned counsel, by special appearance, hereby files this Motion to Dismiss Plaintiff's Amended Complaint and to Quash Service pursuant to Federal Rules of Civil Procedure Rule 12(b)(2) and (5). As grounds for this motion, Police Department states as follows:

1. Plaintiff filed a complaint naming the Police Department as a party defendant, but makes no jurisdictional allegation as to the Police Department as required by Federal Rules of Civil Procedure 8(a)(1). In fact, Plaintiff cannot make sufficient jurisdictional allegations as the Police Department is not a proper party as set forth in paragraph 2 below.

2. The Eleventh Circuit has specifically recognized that sheriff's departments and police departments are not usually considered legal entities subject to suit, but capacity to sue or be sued shall be determined by the law of the state in which the district court is held. See Fed.R.Civ.P. 17(b); Dean v. Barber, 951 F.2d 1210, 1214 (11th Cir. 1992)(citations omitted). Under Florida law, a police department wholly lacks the capacity to be sued. See Masson v. Miami-Dade County, 738 So. 2d 431 (Fla. 1999); Florida City Police Department v. Corcoran, 661 So. 2d 409 (3d DCA 1995).

WHEREFORE, Police Department respectfully requests that this Honorable Court enter an order dismissing this case as to the Defendant, West Palm Beach Police Department.

Respectfully submitted,

CITY OF WEST PALM BEACH
CITY ATTORNEY OFFICE
401 Clematis Street, 5th floor (33401)
P. O. Box 3366
West Palm Beach, FL  33402
Telephone:  (561) 822-1355
Facsimile:   (561) 822-1373

By: /s/ Douglas N. Yeargin
Douglas N. Yeargin
Chief Assistant City Attorney
Florida Bar No.:  777560
dyeargin@wpb.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served, via electronic mail, according to CME/EF guidelines established by U S District Court for the Southern District of Florida to the addresses on the service list below this **12th** day of March 2014.

By: /s/ Douglas N. Yeargin
Douglas N. Yeargin
Chief Assistant City Attorney
Fla. Bar No. 777560

**SERVICE LIST**
*Robert Gibson v. Kelli R. Mackey, et al*
Case No. 9:*13-cv-80943-DMM*
*United States District Court, Southern District of Florida*

Jeffrey M. Siskind, Esquire
Law Office of Jeffrey M. Siskind
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401
Telephone:  561-832-7720
Facsimile:   561-832-7668
jeffsiskind@msn.com
Counsel for Plaintiff

Jay Kim, P.A.
Kim Vaughan Lerner LLP
Florida Bar No. 137863
One Financial Plaza, Suite 2001
Fort Lauderdale, FL 33394
Telephone:  954-527-1115
Facsimile:   954-527-1116
Counsel for Defendants, Margarita Island, Inc.
and Luc Havan

Don Stephens, Esquire
Victoria L. Olds, Esquire
Olds & Stephens, P.A.
312 11th Street
West Palm Beach, FL 33401
Telephone:       561-832-6814
Facsimile:        561-832-4766
dstephens@oslegal.com
volds@oslegal.com
Counsel for Defendant, Officer Sidney Fitz-Coy

By: /s/ Douglas N. Yeargin
Douglas N. Yeargin
Chief Assistant City Attorney
Florida Bar No.:  777560