UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-80943-MIDDLEBROOKS/BRANNON

ROBERT GIBSON,

    Plaintiff,

v.

KELLI R. MACKEY, et al.,

    Defendants.

_____/

### DEFENDANT, SIDNEY FITZ-COY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

**COMES NOW,** Defendant, **SIDNEY FITZ-COY**, in his individual capacity (hereinafter "Defendant"), by and through his undersigned counsel and files this, his Answer to Plaintiff's Amended Complaint:

1. All allegations not specifically admitted are hereby denied.

2. Defendant is without knowledge of the allegations in paragraphs 1-6, 21-23. Therefore, said allegations are denied.

3. Defendant denies the allegations in paragraphs 11-20, 24-28, and 30-57.

4. Defendant admits the allegations in paragraphs 7-10, 29.

### COUNT I - JOINT ACTION
### §1983 FALSE ARREST

5. Defendant re-avers his previous responses to the allegations in paragraphs 1-57.

6. Defendant denies the allegations in paragraphs 59-63.

### COUNT II – OFFICER FITZ-COY
### §1983 FALSE ARREST

7. Defendant re-avers his previous responses to the allegations in paragraphs 1-63.

8. Defendant denies the allegations in paragraphs 65-68.

1

Gibson, Robert v. Kelli R. Mackey, et al.
Case No.: 13-CV-80943-MIDDLEBROOKS/BRANNON
Defendant, Sidney Fitz-Coy's Answer to Plaintiff's Amended Complaint

## COUNT III – JOINT ACTION
## §1983 MALICIOUS PROSECUTION

9. Defendant re-avers his previous responses to the allegations in paragraphs 1-68.

10. Defendant denies the allegations in paragraphs 70-77.

## COUNT IV – OFFICER FITZ-COY
## §1983 MALICIOUS PROSECUTION

11. Defendant re-avers his previous responses to the allegations in paragraphs 1-77.

12. Defendant denies the allegations in paragraphs 79-82.

## COUNT V – OFFICER FITZ-COY
## STATE CLAIM – MALICIOUS PROSECUTION

13. Defendant re-avers his previous responses to the allegations in paragraphs 1-82.

14. Defendant denies the allegations in paragraphs 84-87.

## COUNT VI – REMAINING DEFENDANTS
## STATE CLAIM – MALICIOUS PROSECUTION

15. Defendant re-avers in his previous responses to the allegations in paragraphs 1-87.

16. Defendant denies the allegations in paragraphs 89-90.

## COUNT VII – OFFICER FITZ-COY
## STATE CLAIM - FALSE ARREST

17. Defendant re-avers his previous responses to the allegations in paragraphs 1-90.

18. Defendant denies the allegations in paragraphs 92-94.

## COUNT VIII – REMAINING DEFENDANTS
## STATE CLAIM – FALSE ARREST

19. Defendant re-avers his previous responses to the allegations in paragraphs 1-94.

20. Defendant denies the allegations in paragraphs 96-100.

Gibson, Robert v. Kelli R. Mackey, et al.
Case No.:  13-CV-80943-MIDDLEBROOKS/BRANNON
Defendant, Sidney Fitz-Coy's Answer to Plaintiff's Amended Complaint

## COUNT IX – UNKNOWN DEFENDANTS
## STATE CLAIM – BATTERY

21. Defendant re-avers his previous responses to the allegations in paragraphs 1-100.

22. Defendant denies the allegations in paragraph 102.

## COUNT X – "SAND BAR"
## STATE CLAIM – NEGLIGENT SUPERVISION

23. Defendant re-avers his previous responses to the allegations in paragraphs 1-102.

24. Defendant denies the allegations in paragraphs 104-108.

## COUNT XI – WEST PALM BEACH POLICE DEPARTMENT
## STATE CLAIM – NEGLIGENT SUPERVISION

25. Defendant re-avers his previous responses to the allegations in paragraphs 1-108.

26. Defendant denies the allegations in paragraphs 110-114.

## AFFIRMATIVE DEFENSES

27. As and for a First Affirmative Defense, Defendant alleges that he is protected and immune from litigation including discovery and trial by the Doctrine of Qualified Immunity for the acts alleged in Plaintiff's Amended Complaint which are discretionary acts performed during the course and scope of his employment which did not violate clearly established Federal Law.

28. As and for a Second Affirmative Defense, Defendant alleges that arguable probable cause existed for Plaintiff's arrest and prosecution.  See number 29 below.

Gibson, Robert v. Kelli R. Mackey, et al.
Case No.: 13-CV-80943-MIDDLEBROOKS/BRANNON
Defendant, Sidney Fitz-Coy's Answer to Plaintiff's Amended Complaint

29. As and for a Third Affirmative Defense, Defendant alleges that probable cause existed for Plaintiff's arrest. Based upon information received, Plaintiff exposed his penis to a patron of the establishment, which constitutes probable cause for the crime of disorderly conduct. Moreover, Plaintiff had refused to leave the establishment, and even spit blood on Defendant Luc Havan.

30. Thus, upon Defendant obtaining the aforementioned information, coupled with seeing blood on the Plaintiff's nose and cheek along with Plaintiff being uncooperative and continuing to cause a disturbance, probable cause to arrest Plaintiff existed pursuant to Florida Statues 877.03, 901.15 and 509.143(2). Clearly, Plaintiff was a threat to the safety of himself and to others.

31. As and for a Fourth Affirmative Defense, Defendant alleges and Plaintiff admits that at all times material hereto, Defendant acted within the course and scope of his employment. Thus, pursuant to Florida Statutes §768.28, Defendant is immune from the state claims because he did not act willful, malicious or in bad faith. Likewise, his conduct did not rise to the level of a constitutional violation.

32. As and for a Fifth Affirmative Defense, Defendant alleges that all actions taken by him were reasonable under the circumstances.

33. As and for a Sixth Affirmative Defense, Defendant alleges that he is entitled to a set-off for all benefits paid or payable to Plaintiff as defined by the Florida Statutes, including any paid by any and all alleged joint tortfeasors.

**DEMAND FOR JURY TRIAL**

**Defendant** hereby demands jury trial of all issues triable as a right by a jury.

**WHEREFORE**, Defendant hereby requests judgment in his favor in this action.

4

Gibson, Robert v. Kelli R. Mackey, et al.
Case No.:  13-CV-80943-MIDDLEBROOKS/BRANNON
Defendant, Sidney Fitz-Coy's Answer to Plaintiff's Amended Complaint

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy has been furnished electronically according to all persons on the attached service list by CM/ECF guidelines established by U.S. District Court for the Southern District of Florida this **13th** day of March, 2014.

**OLDS & STEPHENS, P.A.**
Attorneys for Defendant Fitz-Coy
312 - 11th Street
West Palm Beach, FL 33401
Telephone:    (561) 832-6814
Facsimile:     (561) 832-4766
Email:            dstephens@oslegal.com


BY:     /s/ Don Stephens
           **DON STEPHENS, ESQ.**
           Florida Bar No.  604208