UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80943-CIV-MIDDLEBROOKS/BRANNON

ROBERT GIBSON,

    Plaintiff,

vs.

KELLI R. MACKEY, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon Unilateral Status Report (DE 28) by Defendant Officer Sidney Fitz-Coy ("Officer Fitz-Coy") filed on May 30, 2014. The Court has reviewed the record and is otherwise in the premise.

Plaintiff Robert Gibson ("Gibson") filed the instant matter seeking compensatory damages for the allegedly physical and intentional battery and unlawful arrest of Mr. Gibson by Defendants.[1] (Amended Compl., DE 16).[2] Officer Fitz-Coy filed an Answer to the Amended Complaint. A Pretrial Scheduling Order (DE 12) and an Order of Referral to Mediation (DE 13) were entered on November 14, 2013. A Trial in the instant matter is set for the two-week trial period commencing June 16, 2014. (DE 7).

In United States Magistrate Judge Dave L. Brannon's Pretrial Scheduling Order (DE 12), the Parties were warned, "Non-compliance with any provision of this Order may subject the

---

[1] On May 27, 2014, the Court granted Defendants Luc Havan, Margarita Island, and West Palm Beach Police Department's Motions to Dismiss by default. (DE 27). Defendant Kelli R. Mackey ("Mackey") has not appeared or otherwise filed any pleading in the instant matter. The Court notes that there is no indication on the record that Ms. Mackey was served. Officer Fitz-Coy, therefore, is the only remaining Defendant who has appeared in this case.

[2] Mr. Gibson filed this matter on September 17, 2013. (DE 1). He filed an Amended Complaint (DE 16) on February 15, 2014.

offending party to sanctions or dismissal." (DE 12 at 3 ¶ 9). In Magistrate Judge Brannon's Order of Referral to Mediation (DE 13), the parties were ordered to complete mediation at least sixty days before the scheduled trial date. (DE 13 at 1 ¶ 1). The Order of Referral to Mediation also informed the Parties that "if mediation or a settlement conference is not completed, the case may be stricken from the trial calendar, and other sanctions may be imposed." *Id.* at 4 ¶ 13.

The Court issued an Order Requiring Status Report *sua sponte* because Court-imposed deadlines had passed without filings from the Parties. (DE 26). In his Unilateral Status Report, Officer Fitz-Coy represents that "no discovery has taken place and the Parties have not engaged in mediation." (DE 28 at 2 ¶ 7). In addition, Officer Fitz-Coy represents that counsel "made several unsuccessful attempts to reach [Mr. Gibson's] counsel in an effort to comply with the Court's Order Requiring Status Report." (DE 28 at 1 ¶ 6).[3] As of today, Mr. Gibson has neither filed any response to the Court's Order Requiring Status Report nor provided any explanation regarding his failure to respond to the Court's Orders in the instant matter.[4] Due to Mr. Gibson's failure to abide by or respond to the Court's Orders, the Court that dismissal of this case is warranted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This matter is **DISMISSED;**

---

[3] Officer Fitz-Coy represents that his counsel sent Mr. Gibson's counsel an email on May 27, 2014 regarding the Court's Order Requiring Status Report. The next day, after receiving no response, Officer Fitz-Coy's counsel called and spoke with Mr. Gibson's counsel, who stated he would email a proposed joint report. Officer Fitz-Coy's counsel emailed Mr. Gibson's counsel again on May 30, 2014, but, after receiving no proposed joint report or response, Officer Fitz-Coy's counsel filed a Unilateral Status Report.

[4] Additionally, on April 1, 2014, the Court issued an Order to Show Cause (DE 25) after Mr. Gibson failed to respond to Defendants Luc Havan, Margarita Island, and West Palm Beach Police Department's Motions to Dismiss (DE 20, 23). Mr. Gibson did not respond to the Court's Order. As noted previously, the Court granted Defendants Luc Havan, Margarita Island, and West Palm Beach Police Department Motions to Dismiss by default on May 27, 2014. (DE 27).

    2. Any pending motions are **DENIED AS MOOT**; and

    3. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 6 day of June, 2014.

                                                    DONALD M. MIDDLEBROOKS
                                                    UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of record